# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MARY KARYL SWEENEY | | |
| **Case Number:** | 10-10746-LT13 | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, APRIL 12, 2011 11:00 AM   DEPARTMENT 3 | | |
| **Bankruptcy Judge:** | LAURA S. TAYLOR | | |
| **Courtroom Clerk:** | SHAWNA DAHL | | |
| **Reporter / ECR:** | CONNIE MIHOS | | |

### *Matter:*

APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY : CHANG & DIAMOND, APC

### *Appearances:*

REBECCA PENNINGTON, ATTORNEY FOR DAVID L. SKELTON, CHAPTER 13 TRUSTEE
MARY KARYL SWEENEY

### *Disposition:*

Tentative vacated

Continued to 5/24/11 at 11:00 a.m.

Debtor to file declaration re: opposition by 4/26/11
Applicant to respond by 5/10/11

Scheduling Order to come from Court

4/12/2011      7:32:08PM