NTF  
Rev. 11/07

**United States Bankruptcy Court**  
Southern District of California  
Jacob Weinberger U.S. Courthouse  
325 West F Street  
San Diego, CA 92101–6991

Telephone: 619–557–5620  
Website: www.casb.uscourts.gov  
Hours: 9:00am–4:00pm Monday–Friday

**Mary Karyl Sweeney**  
 10545 Grandview Dr  
La Mesa, CA 91941  
xxx–xx–5557  
*Debtor Aliases:*  MK Sweeney & Associates

Case number:  10–10746–LT13  
Chapter:  13  
Judge  Laura S. Taylor

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **36** filed on: **04/27/11**   Title of Document: **Response**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

**ACTION TAKEN BY COURT**

☐ Aty/Debtor(Pro Se)/Movant contacted on          via  ☐ Tel/Voice Mail      ☐ Email   ☐ Mail or Other

**ACTION REQUIRED BY FILER**

**OTHER: Debtor needs to show who was served on the proof of service. Please file amended proof of service showing service on atty for debtor and trustee**

Dated: 4/28/11

Barry K. Lander  
Clerk of the Bankruptcy Court