CHANG & DIAMOND APC
Alison J. Maloof, SBN 249635
624 BROADWAY #305
SAN DIEGO, CA 92101
(619)233-6300

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:

MARY SWEENEY

        DEBTOR(S)

Case No.: 10-10746-LT13

RESPONSE TO DEBTOR'S DECLARATION

DATE: May 24, 2011
TIME: 11:00 a.m.
CTRM: 3
Hon. Laura S. Taylor

TO ALL INTERESTED PARTIES

    NOW COMES, CHANG & DIAMOND, APC, and responds to Debtor's declaration, filed April 27, 2011:

1. Chang & Diamond (hereinafter "Attorneys") advised Mary Sweeny (hereinafter "Debtor") that a fee application was warranted on February 24, 2011, via email correspondence. Attorneys estimated that approximately 11 hours of attorney time was spent at the hourly rate of $400/hour. Attorneys estimated that approximately 2-4 hours of legal assistant time was spent at the hourly rates of between $75-$100 per hour. Attorneys represented to Debtor that it the requested fees would range from $5,500 to $6,000. Attorneys requested that Debtor contact the firm via telephone to discuss any questions relating to the proposed fee application.

2. Debtor never contacted Attorneys to discuss the proposed fee application via telephone.

3. Debtor emailed Attorneys with questions regarding the fees in the prior case, to which Attorneys explained that the prior case was not at issue in this matter. This fee application is limited to the work done on the current case.

4. The fee application was filed on March 4, 2011. Debtor was properly served with the fee application.
5. Debtor did not respond to the fee application by March 21, 2011, which was the 21 day deadline.
6. Debtor then appeared at the hearing on the fee application to object. The Court gave the Debtor a new deadline of April 26, 2011, to serve a declaration in opposition to Attorney's fee application.
7. On April 27, 2011, one day late, Debtor filed her objection.
8. Debtor's objection was improperly served.
9. To date, Debtor has not corrected the errors and deficiencies in her service.
10. Attorneys are merely requesting to be compensated for the work done on the Debtors' case.
11. As stated in the fee application, Attorneys are requesting **$4,305.00** to be paid through the plan. Additionally, the fee application was drafted to clearly explain the appropriate hourly rates for the various individuals at the firm working on this case.

DATED: May 10, 2011

/s/ Alison J. Maloof
ALISON J. MALOOF
Attorney for Debtor

Chang & Diamond, APC
Alison J. Maloof, SBN 249635
624 Broadway Suite 305
San Diego, CA 92101
619-233-6300

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age;

That on May 10, 2011 I served a true copy of the following documents:

**Response to Debtor's Declaration**

By U.S. Mail, First Class postage fully prepaid at 624 Broadway, Suite 305, San Diego, CA 92101 on the following persons:

Mary Karyl Sweeney
10545 Grandview Dr.
La Mesa, CA 91941

David L. Skelton
525 B St. Ste 1430
San Diego, CA 92101-4907

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 5/10/2011, at San Diego, California

/s/Alison J. Maloof
Alison J. Maloof
624 Broadway Suite 305
San Diego, CA 92101